IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br>         Petitioner,<br>  vs.<br>J. TIM OCHOA, Warden,<br>         Respondent.<br>                                    / | No. C 11-3074 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner proceeding pro se, has filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His prior petition was denied on its merits. *See Bayramogly v. Estelle*, 806 F.2d 880 (9th Cir. 1986). A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June   30  , 2011.

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\BAYRAMOGLU3074.SUC.wpd