IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br><br>        Petitioner,<br><br>  vs.<br><br>J. TIM OCHOA, Warden,<br><br>        Respondent.<br>                                   / | No. C 11-3074 WHA (PR)<br><br>**ORDER CERTIFICATE OF APPEALABILITY** |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. The petition, which was successive, was dismissed without prejudice to refiling after obtaining the necessary authorization from the United States Court of Appeals. Petitioner has filed a notice of appeal, which is construed as a request for a certificate of appealability. Petitioner has failed to make a substantial showing that reasonable jurists would find it debatable whether the district court was correct in its ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case. The clerk shall process the appeal.

**IT IS SO ORDERED.**

Dated: July  19 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\BAYRAMOGLU3074.COA.wpd